IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TRACY L. LINDSEY,** ) | |
| **AIS # 00189896,** ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 1:22-00492-KD-N** |
| ) | |
| **JOHN CROW,** ) | |
| *Correctional Warden III*, ) | |
| *Elmore Correctional Facility*, ) | |
| *Alabama Department of Corrections*, ) | |
|     Respondent. ) | |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge, (doc.14), entered February 10, 2026, under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner **TRACY L. LINDSEY**'s petition for a writ of habeas corpus under 28 U.S.C. § 2254, (doc. 1), is **DENIED** and **DISMISSED with prejudice**, and that Lindsey is not entitled to a Certificate of Appealability in relation to this final adverse order.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this the **6th** day of **March**, 2026.

>  **s/ Kristi K. DuBose**
>  **KRISTI K. DuBOSE**
>  **UNITED STATES DISTRICT JUDGE**